1  STEVEN G. KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  (510) 637-3500

5  Counsel for Defendant REMINGTON BUTLER

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) No. CR 13-00791 JST
                                    )
12 |            Plaintiff,          ) STIPULATION AND [PROPOSED]
                                    ) ORDER CONTINUING STATUS
13 |       v.                       ) HEARING RE: SUPERVISED
                                    ) RELEASE VIOLATIONS
14 |                                )
                                    )
15 | REMINGTON BUTLER ,             )
                                    )
16 |            Defendant.          )

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the status

18 hearing regarding supervised release violations in this case, currently set for Friday, February 12,

19 2016, at 9:30 a.m., before Honorable Jon S. Tigar may be continued to Friday, April 1, 2016, at 9:30

20 a.m. for status regarding supervised release violations.  The reason for the request is that defense

21 counsel will be on leave and is unavailable on that date.  Defense counsel has spoken to United

22 

23 States Probation Officer Bobby Love who is available on April 1, 2016, should the matter be

24 continued to that date.  According to USPO Love, Mr. Butler is currently employed and doing well

25 on supervision.

26 ///

*U.S. v. Remington Butler*, CR 13-00791 JST;
Stip to Continue SR Status Hearing            - 1 -

DATED: 2/3/16                         ___/s/_____
                                               JOYCE LEAVITT
                                               Assistant Federal Public Defender

DATED: 2/3/16                         _____/s/_____
                                                 AARON D. WEGNER
                                               Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing regarding supervised release violations in this case, currently set for Friday, February 12, 2016, at 9:30 a.m., before Honorable Jon S. Tigar is hereby continued to Friday, April 1, 2016, at 9:30 a.m. for status regarding supervised release violations.

SO ORDERED.

DATED:   February 4, 2016

                                             JON S. TIGAR
                                             United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED /s/ Judge Jon S. Tigar]*