UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff(s),

v.

REMINGTON ANTOINE BUTLER,

    Defendant(s).

No. CR13-0791-JST-1

ORDER FOR RELEASE FROM FEDERAL CUSTODY

The defendant(s) having appeared before the undersigned Magistrate Judge, and upon good showing, IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant(s).

Dated: May 2, 2017

KANDIS A. WESTMORE
United States Magistrate Judge

**FILED**
MAY -2 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND